FILED ENTERED
LODGED RECEIVED

DEC 2 3 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GREGORY and PATRICIA KOLBERG, | * | |
| Plaintiffs | * | Civil Action No.: AMD 02-2783 |
| vs. | * | |
| KENNETH MARK TAYLOR, | * | |
| Defendant | | |

******

## ORDER

Plaintiff having failed to serve the summons and complaint upon the above named defendant within 120 days after the filing of the complaint, it is, this 23 day of December, 2002,

ORDERED that plaintiff show good cause within 14 days of the date of this order why the complaint should not be dismissed as to the above named defendant without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

_____
ANDRE M. DAVIS
United States District Judge

U.S. District Court (Rev. 1/2000)

