FILED _____ ENTERED
LODGED _____ RECEIVED

JAN 0 9 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREGORY and PATRICIA KOLBERG, *

    Plaintiffs *

         Civil Action No.: AMD 02-2783

vs. *

KENNETH MARK TAYLOR, *

    Defendant

******

## ORDER

Plaintiff having failed to show good cause as to why service of the summons and complaint has not been made upon defendant within 120 days of the filing of the complaint as required by the prior order of this court, it is, this 9th day of January, 2003,

ORDERED that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

_____
ANDRE M. DAVIS
United States District Judge

JAN - 9 2003

U.S. District Court (Rev. 1/2000)