IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREGORY V. KOLBERG, et al., :
    Plaintiffs :
 :
v. : CIVIL NO. AMD 02-2783
 :
KENNETH MARK TAYLOR, :
    Defendant :

...o0o...

ORDER

This personal injury motor tort claim arising out of a December 2000 accident in Pennsylvania was dismissed without prejudice on January 9, 2003, pursuant to Fed.R.Civ.P. 4(m). Plaintiffs have filed a motion to strike the dismissal, asserting that counsel did not receive a copy of the show cause order issued on December 23, 2002. I have carefully reviewed the motion to strike. No reasonable cause is shown sufficient to excuse plaintiffs' failure to achieve service as required by the rules; thus, even if the explanation now provided (in the motion to strike) had been provided in a timely response to the show cause order, I would not decline to dismiss the action without prejudice. (Although the action may be barred by Pennsylvania's two year statute of limitations, it is not barred by the Maryland three year period of limitations.) Accordingly, it is this 21st day of January, 2003, ORDERED that the motion to strike is DENIED.

The Clerk shall TRANSMIT a copy of this order to counsel for plaintiff.

_____
ANDRE M. DAVIS
United States District Judge